UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KAREN LESLIE,

                Plaintiff,                          Civil Action
                                                                 No. 1:19-CV-01325-EAW

      -v-

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------x

## STIPULATION AND ORDER FOR ATTORNEY FEES

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Blakely J. Pryor, Special Assistant United States Attorney for the Western District of New York, attorney for Defendant, and Brandi Smith, Esq., attorney for Plaintiff, that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of **$6,940.86**.   Such award is made in full satisfaction of any claim for fees, expenses, and costs.

IT IS FURTHER STIPULATED AND AGREED that payment of fees will be made directly to Plaintiff's attorney, Brandi Smith, pursuant to Plaintiff's written transfer of her rights to EAJA fees to his attorney, provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:   June 16, 2021

By: _/s/ Blakely J. Pryor_                            By: _/s/ Brandi Smith_
    Blakely J. Pryor, Esq.                                Brandi Smith, Esq.
    Special Assistant United States Attorney       Attorney for Plaintiff
    Attorney for Defendant

SO ORDERED:

_____
**HONORABLE ELIZABETH A. WOLFORD**
**DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**

**DATED:**   June 16, 2021                .